■ JACQUELINE CARR, Individually and as Parent and Natural Guardian of CODY CARR, an Infant, et al., Appellants, v BURNWELL GAS OF NEWARK, INC., et al., Respondents. (Appeal No. 2.) [803 NYS2d 453]—Appeals from an order of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered January 28, 2004 in a personal injury action. The order denied plaintiffs' motions for an order setting aside the verdict and directing a new trial on the issue of liability.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Hurlbutt, J.P., Scudder, Smith, Pine and Hayes, JJ.